

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

MICHAEL LOMBARDO,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal Action No.
5: 13-CR-344 (DNH)

I N F O R M A T I O N

Vio:  18 U.S.C. §2252A(a)(2)(A)

(Oneida County)

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### [RECEIPT OF CHILD PORNOGRAPHY]

In or about November 15, 2010, in Oneida County, in the Northern District of New York,

**MICHAEL LOMBARDO,**

the defendant herein, did knowingly receive child pornography that, using a means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in that the defendant, using a computer connected to the Internet, received via Skype video chat, a video and image file depicting a minor engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256(8)(A).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purposes of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, MICHAEL LOMBARDO, shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252 or 2252A, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses, and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property.

The property to be forfeited includes, but is not limited to, the following:

    (a) Apple Laptop, Serial Number: COZF91XPDH2L

    (b) Apple Laptop, Serial Number: W86250PDVWX

    (c) ASUS EEE Laptop, FCC Number: MCQE0SNE785

  (d)  Motorola Droid MSN: K566NL2FQZ

If any of the property described above, as a result of any act or omission of the defendant:

  (a)  cannot be located upon the exercise of due diligence;

  (b)  has been transferred or sold to, or deposited with, a third party,

  (c)  has been placed beyond the jurisdiction of the court;

  (d)  has been substantially diminished in value; or

  (e)  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853 (p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

Dated: September 18, 2013

                RICHARD S. HARTUNIAN
                United States Attorney
                Northern District of New York

         By: */s/ A Beverli for*
                Tamara B. Thomson
                Assistant U.S. Attorney
                Bar Roll #515310