UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.

Michael Lombardo

Case No. DNYN513CR00344-001

---

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG - 3 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

### ORDER MODIFYING CONDITIONS OF SUPERVISION

The Judgment In A Criminal Case, imposed on February 28, 2014, for the above named defendant is hereby modified to **remove** the following standard condition:

**(1) The defendant shall not leave the judicial district without the permission of the court or probation officer.**

All other conditions imposed on the original Judgment dated February 28, 2014, shall remain the same.

IT IS SO ORDERED.

Dated: August 3, 2021
Utica, New York

Hon. David N. Hurd
U.S. District Judge